Annie L. Jones, Administrator of the Estate of Willie B. Jones, Deceased, Plaintiff-Appellant, v. Chicago Transit Authority, a Municipal Corporation, and Lafayette Garmony, Defendants-Appellees.

Gen. No. 47,653.

First District, Third Division.
December 9, 1959.
Released for publication January 29, 1960.

Matthew Steinberg (Morton J. Rubin and Bradley D. Steinberg, of counsel) for plaintiff-appellant; William J. Lynch, William S. Allen, Chester A. Wynne, and Jerome F. Dixon, for defendants-appellees. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**